Pro Se 1 2022

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Tru Tudor

Plaintiff(s),

v.

Joseph Biden ;
Andrew Bailey

Defendant(s).

CASE NO. 24CV1150JNW
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☒ Yes ☐ No

FILED ___ LODGED
___ RECEIVED
JUL 30 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Tru Tudor
Street Address: 4620 172nd St NE, Arlington,
City and County: Arlington
State and Zip Code: WA, 98223
Telephone Number: 360-255-7316

COMPLAINT FOR A CIVIL CASE - 1

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

    Name: Joseph Biden
    Job or Title (if known): President
    Street Address: 1600 Pennsylvania Avenue NW
    City and County: Washington D.C. 20500
    State and Zip Code: D.C. 20500
    Telephone Number: 360-255-9316

Defendant No. 2

    Name: Samantha Callaway
    Job or Title (if known): Police Aide "non military" Civilian
    Street Address: 278 SW 871st Rd.
    City and County: Centerview, MO, 64019, Johnson County
    State and Zip Code: MO, 64019
    Telephone Number:

Defendant No. 3

    Name: Timothy Meccil
    Job or Title (if known): Police Aide
    Street Address: 278 SW 871st Rd
    City and County: Centerview, Johnson
    State and Zip Code: MO, 64019
    Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

Name: Andrew Bailey
Job or Title (if known): Missouri Attorney General office
Street Address: 207 W. High Street
City and County: Jefferson City
State and Zip Code: MO, 65102
Telephone Number: 573-751-3321

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*select all that apply*)

☒ Federal question:
   If checked complete section A.

☐ Diversity of citizenship:
   If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

18 U.S.C. § 249 - Matthew Shepard and James Byrd Jr. Hate prevention
18 U.S.C. 1592 - Unlawful conduct with respect to documents
18 U.S.C. § 241 - Conspiracy against rights
18 U.S.C. 1621 & 1623 - Perjury

COMPLAINT FOR A CIVIL CASE - 3

B.   If the Basis for Jurisdiction Is Diversity of Citizenship

    1.   The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (name) __Tru Tudor__, is a citizen of the State of (name) __Washington__.

        b. If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.   The Defendant(s)

        a. If the defendant is an individual.

The defendant, (name) __Joseph Biden__, is a citizen of the State of (name) __District of Colombia & Deleware__. Or is a citizen of (foreign nation) _____.

        b. If the defendant is a corporation.

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed:*

> I am owed a new identity number and housing in excess of $75,000. I need the White House to end slavery and segregation in Missouri.

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

> Recieved an honorable discharge & obtained a concealed to carry license. Have been victim to hate crimes because of veteran status. I need the state of Missouri to proceed virtually due to discrimination and jealousy.

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

> My house was ransacked. I was falsely arrested/detained. Attempted to be murdered by Johnson County Missouri. All of my property was illegally taken.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-30-2024

Signature of Plaintiff: Sub 5

Printed Name of Plaintiff: Teo Tudor

Date of signing: 

Signature of Plaintiff: 

Printed Name of Plaintiff: 

Date of signing: 

Signature of Plaintiff: 

Printed Name of Plaintiff: 

COMPLAINT FOR A CIVIL CASE - 6

# Affidavit of Tru Tudor

State of Washington

County of Pierce

Tru Tudor, being duly sworn deposes and states as follows under penalty of perjury:

1. My name is Tru Tudor, I am presently 35 years old, and my current address of residence is Homeless, NA, Washington 98103.

2. The purpose of this Affidavit is to Make a legal Oath to the President of the United States. & The supreme Court Justices of Washington State.

3. In March of 2023 the Johnson County Sheriff's Department and Powells Creekside Haven colluded to illegally detain and traffic an innocent individual into forced labor and further trafficking of his children, who are now Tudors and the State of Missouri is hiding their origin from them in a criminal fashion
A home in Kansas City at 5000 Blue Ridge BLVD was ransacked by people from the Powells Creekside Trailer Park and this malicious mischief was endorsed and aided by Johnson County courthouse, sheriff and Mormon church who are trying to cover up their hideous behaviours before the eyes of god.
Officers Samantha Callaway and Timothy Merril on the Johnson County police force are also trying to cover up their own poor performance and behaviour by committing 18 U.S.C. § 249 which is a hate crime by making up documents and facts to slander James Branca's name. Also, 18 U.S. Code § 1621, perjury on July 19, 2024 and furthering the racism of Johnson County which has no African legal officials and has displayed blatant prejudice because they do not have the jurisdiction or capacity to be unbiased because they hate their lives and where they live and that they never had what it took to buy as nice of a house in Kansas City.

The Mormon Church committed fraud and still practices polygamy. The institution needs to be shut down immediately and President Joseph Biden needs to take action now on both religion and gun control which are out of control in the country. The practice of Circumcision should also be outlawed. Mr. Biden, as commander and chief of the country, I Tru Tudor expect you to hold yourself to a higher stander on 18 U.S.C. § 249 of not making tweets on X to incite violence in this country. We need to take more direct action and ban firearms now, shut down the Mormon church and have people listen to one another again. I pray you decide to listen and shut down the Johnson County Police Department and force the county to embrace diversity otherwise you stood by complicit in racism and segregation..

I hereby swear or affirm that the information above is true accurate and complete to the best of my knowledge, and that no relevant information has been omitted.

Dated:

7/30/2024

Signature of Individual: *SvBS*

*Tru Tudor * TvBT**

[Notary Seal: BHIM KANWAR THARU, NOTARY PUBLIC, 23011333, 04-01-27, STATE OF WASHINGTON]

Notary Public [signature]

Title And Rank

Notary public

Date Of Commission Expiry

04-01-2027