UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRU TUDOR,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSEPH BIDEN, SAMANTHA CALLAWAY, TIMOTHY MECCIL, and ANDREW BAILEY,<br><br>                    Defendants. | CASE NO. 2:24-cv-1150-JNW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On August 26, 2024, the Honorable Michelle L. Peterson, United States Magistrate Judge for the Western District of Washington, issued a Report and Recommendation (R&R), recommending that the Court deny Plaintiff Tru Tudor's application for leave to proceed in forma pauperis (IFP) and direct him to pay the filing fee. Dkt. No. 4. Tudor did not object to the R&R and the time for objecting has passed.

Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

1. The Court ADOPTS the R&R.

2. The Court DENIES Tudor's IFP application, Dkt. No. 1. The Court directs Tudor to pay the $405 filing fee, or submit a corrected IFP application, within 30 days of this Order. If Tudor fails to do so, the Clerk is directed to dismiss this action without prejuidce.

3. The Clerk is directed to send copies of this Order to the parties and Judge Peterson.

Dated this 1st day of November, 2024.


Jamal N. Whitehead
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2