UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRU TUDOR, | CASE NO. 2:24-cv-1150-JNW |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| JOSEPH BIDEN, SAMANTHA CALLAWAY, TIMOTHY MECCIL, and ANDREW BAILEY, | |
| Defendants. | |

This matter comes before the Court on its own accord.

On November 1, 2024, the Court denied Plaintiff Tru Tudor's application for leave to proceed in forma pauperis (IFP). Dkt. No. 5 at 2. The Court directed Tudor to pay the filing fee or submit a corrected IFP application within 30 days and warned that failure to do so would result in dismissal of this action without prejudice. *Id.*

"A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law." LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the

DISMISSAL ORDER - 1

immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, however, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

Tudor's continued failure to either pay the filing fee or submit a corrected IFP application precludes his case from moving forward. The Court therefore DISMISSES this action without prejudice. The Court directs the Clerk to close this case.

Dated this 25th day of April, 2025.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2